B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **14–30999**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/22/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors —— Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ralph Davidson
aka Rafal Sorbian
1460 Fairlane Drve Apt 501
Schaumburg, IL 60193

| | |
|---|---|
| Case Number: 14–30999<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–2496 |
| Attorney for Debtor(s) (name and address):<br>Nicholas C Kefalos<br>Vernor Moran LLC<br>27 North Wacker Drive Suite 2000<br>Chicago, IL 60606–2800<br>Telephone number: 312 264–4460 | Bankruptcy Trustee (name and address):<br>N. Neville Reid<br>Fox, Swibel, Levin & Carroll, LLP<br>200 W. Madison Street<br>Suite 3000<br>Chicago, IL 60606<br>Telephone number: 312–224–1245 |

## Meeting of Creditors:
Date: **October 9, 2014**          Time: **12:00 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 12/8/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday – Friday 8:30 AM –4:30 PM | Date: August 25, 2014 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 14-30999-TAB
Ralph Davidson                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: vgossett            Page 1 of 2              Date Rcvd: Aug 25, 2014
                               Form ID: b9a              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2014.
db         +Ralph Davidson,   1460 Fairlane Drve Apt 501,   Schaumburg, IL 60193-3567
22314515   ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: American Honda Finance,   1220 Old Alpharetta Road,
             Alpharetta, GA 30005)
22314516   +Bank of America,   CA6-919-02-41,   PO Box 5170,   Simi Valley, CA 93062-5170
22314518   +Capital One / Best Buy,   PO Box 6497,   Sioux Falls, SD 57117-6497
22314525   +Dept. Stores National Bank,   701 E. 60th St.,   Sioux Falls, SD 57104-0432
22314531   +Toyota Motor Credit,   CT Corporation Sytem,   208 S LaSalle St., Suite 814,
             Chicago, IL 60604-1135
22314534   +Verizon Wireless,   500 Technology Drive, Suite 550,   Weldon Spring, MO 63304-2225
22314535   +Worlds Foremost Bank,   4800 NW 1s St, Ste 300,   Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: nkefalos@vernormoran.com Aug 26 2014 01:00:59    Nicholas C Kefalos,
             Vernor Moran LLC,   27 North Wacker Drive Suite 2000,   Chicago, IL 60606-2800
tr         +EDI: QNNREID.COM Aug 26 2014 00:49:00    N. Neville Reid,   Fox, Swibel, Levin & Carroll, LLP,
             200 W. Madison Street,   Suite 3000,   Chicago, IL 60606-3417
22314514   +EDI: GMACFS.COM Aug 26 2014 00:48:00    Ally Financial,   PO Boxx 380901,
             Minneapolis, MN 55438-0901
22314517   +EDI: BANKAMER2.COM Aug 26 2014 00:48:00    Bank of America, NA,   100 N. Tryon St.,
             Charlotte, NC 28202-4031
22314522    EDI: CITICORP.COM Aug 26 2014 00:48:00    Citi,   Attn: Centralized Bankruptcy,   PO Box 20363,
             Kansas City, MO 64195
22314526    EDI: CITICORP.COM Aug 26 2014 00:48:00    Home Depot / Citibank USA,   Attn: Bankruptcy,
             PO Box 20507,   Kansas City, MO 64195
22314519   +EDI: CAPITALONE.COM Aug 26 2014 00:48:00    Capital One Bank, USA, NA,   4851 Cox Road,
             Glen Allen, VA 23060-6293
22314520   +EDI: CHASE.COM Aug 26 2014 00:48:00    Chase,   PO Box 15298,   Wilmington, DE 19850-5298
22314521   +EDI: CHASE.COM Aug 26 2014 00:48:00    Chase Bank USA, NA,   201 N. Walnut St.,
             Wilmington, DE 19801-2920
22314523   +EDI: CITICORP.COM Aug 26 2014 00:48:00    Citibank, NA,   701 E. 60th St. North,
             Sioux Falls, SD 57104-0493
22314524   +EDI: WFNNB.COM Aug 26 2014 00:48:00    Comenity Bank,   One Righter Parkway, Suite 100,
             Wilmington, DE 19803-1533
22314528    E-mail/Text: bankruptcy@landmarkcu.com Aug 26 2014 01:02:24    Landmark Credit Union,
             2775 S Moorland Road,   New Berlin, WI 53151
22314527    E-mail/Text: bankruptcy@landmarkcu.com Aug 26 2014 01:02:24    Landmark Credit Union,
             5445 S Westridge Drive,   New Berlin, WI 53151
22314529   +E-mail/Text: bnc@nordstrom.com Aug 26 2014 01:01:30    Nordstroms FSB,   Attn: Account Services,
             PO Box 6566,   Englewood, CO 80155-6566
22314530    EDI: TFSR.COM Aug 26 2014 00:49:00    Toyota Motor Credit,   PO Box 8026,
             Cedar Rapids, IA 52408
22314533    EDI: USBANKARS.COM Aug 26 2014 00:48:00    US Bank,   Attn: Bankruptcy,   PO Box 5229,
             Cincinnati, OH 45201
22314532   +EDI: URSI.COM Aug 26 2014 00:49:00    United Recovery Systems,   5800 N Course Drive,
             Houston, TX 77072-1613
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: vgossett          Page 2 of 2          Date Rcvd: Aug 25, 2014
                              Form ID: b9a            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2014 at the address(es) listed below:

      N. Neville Reid   nreid@fslc.com, nreid@ecf.epiqsystems.com
      Nicholas C Kefalos   on behalf of Debtor Ralph  Davidson nkefalos@vernormoran.com, G4641@notify.cincompass.com
      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                                                                                                 TOTAL: 3